```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
LAUREN DILLARD,                          :
                                         :
                    Plaintiff,           :     25cv986 (DLC)
                                         :
            -v-                          :         ORDER
                                         :
NYP HOLDINGS, INC.,                      :
                                         :
                    Defendant.           :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On March 18, 2025, the defendant filed a motion to dismiss the complaint pursuant to Rule 12(b)(1) or 12(b)(6), Fed. R. Civ. P., and for an award of costs pursuant to Rule 41(d), Fed. R. Civ. P. Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby

ORDERED that the plaintiff shall file any amended complaint by **April 11, 2025**. It is unlikely that the plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, the plaintiff shall file any opposition to the motion to dismiss by **April 11, 2025**. The defendant's reply, if any, shall be filed by **April 25, 2025**. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies

of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that, pursuant to Rule 5(B) of the Court's Individual Rules of Practice in Civil Cases, the plaintiff shall file on ECF, by **April 11, 2025,** a letter no longer than two pages explaining the basis for her belief that diversity of citizenship exists.

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for June 18, 2025 is adjourned <u>sine die</u>.

Dated:   New York, New York
         March 18, 2025

                                                  _____
                                                       DENISE COTE
                                        United States District Judge