```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
 ----------------------------------------X
                                         :
 LAUREN DILLARD,                         :
                                         :
                   Plaintiff,            :        25cv986 (DLC)
                                         :
              -v-                        :        ORDER
                                         :
 NYP HOLDINGS, INC.,                     :
                                         :
                   Defendant.            :
                                         :
 ----------------------------------------X
```

DENISE COTE, District Judge:

On March 18, 2025, the defendant filed a motion to dismiss the plaintiff's original complaint in this action pursuant to Rule 12(b)(1) or 12(b)(6), Fed. R. Civ. P., and for an award of costs pursuant to Rule 41(d), Fed. R. Civ. P.  An Order of March 18 directed the plaintiff to file any amended complaint by April 11 and alerted the plaintiff that she would likely not have another opportunity to amend.  The plaintiff filed an amended complaint on April 11.  Accordingly, it is hereby

ORDERED that the defendant's March 18, 2025 motion is dismissed as moot.

IT IS FURTHER ORDERED that any renewed motion to dismiss will be served by the dates indicated below:

-    Motion served by **May 9, 2025**
-    Opposition served by **May 30, 2025**
-    Reply served by **June 6, 2025**

2

At the time any reply is filed, the moving party shall supply

Chambers with two (2) courtesy copies of all motion papers by

mailing or delivering them to the United States Courthouse, 500

Pearl Street, New York, New York.

Dated:    New York, New York
          April 14, 2025

_____
          DENISE COTE
United States District Judge