```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
LAUREN DILLARD,                         :
                                        :
                    Plaintiff,          :    25cv986 (DLC)
                                        :
              -v-                       :    ORDER
                                        :
NYP HOLDINGS, INC.,                     :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On May 8, 2025, the defendant filed a motion to award costs, stay the case, and dismiss the complaint. The motion was fully briefed on June 5. It is hereby

ORDERED that a conference shall be held at **3:00 p.m.** on **July 22, 2025** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         July 11, 2025

                                    _____
                                           DENISE COTE
                                    United States District Judge